**Fill in this information to identify the case:**

Debtor name    **Grand Fusion Housewares, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **24-41694**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................    $                    0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................    $            413,932.12

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................    $            413,932.12

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $          1,309,654.79

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $                    0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................    +$          1,839,069.04

4. **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b                                                                                            $          3,148,723.83

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Grand Fusion Housewares, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **24-41694**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **US Bank** | **Checking** | **6554** | $0.00 |
| 3.2. | **US Bank** | **Checking** | **7276** | $450.46 |
| 3.3. | **Paypal** | **Money Account** | | $0.00 |
| 3.4. | **Bank of Texas** | **Checking** | | $98,952.06 |

4. **Other cash equivalents** *(Identify all)*

| | | | |
| --- | --- | --- | --- |
| 4.1. | **Funds held by Amazon that are owned by the Debtor resulting from sales on Amazon.com** | | $49,334.10 |

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $148,736.62 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

Debtor    **Grand Fusion Housewares, LLC**                          Case number *(If known)* **24-41694**
          Name

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

        7.1.   **Lease Security Deposit with MLRP 1215 Crosby LLC**                          **$32,630.88**

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment
        **Prepaid vendors**
        **Renco Industiral - $5,389.20**
        8.1.   **Cixi Yufe - $41,170.00**                                               **$46,559.20**

9.      **Total of Part 2.**                                                           | **$79,190.08**

        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:       **24,531.47**        -        **0.00**  = ....        **$24,531.47**
                                        face amount                doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                           | **$24,531.47**

        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** **Inventory** | | **Unknown** | **Replacement** | **$161,473.95** |

| Debtor | **Grand Fusion Housewares, LLC** | Case number *(If known)* **24-41694** |
|---|---|---|
| | Name | |

22. **Other inventory or supplies**

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | $161,473.95 |
|---|---|

24. **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Tables, chairs, shelves, and other office furniture** | $8,122.60 | | Unknown |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | $0.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Debtor | **Grand Fusion Housewares, LLC** | | Case number *(If known)* **24-41694** |
|---|---|---|---|
| | Name | | |

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Trade Show booth items | $45,214.14 | | Unknown |
| Warehouse equipment, including Zig Lifts,<br>Pallet Jack with Scale | $43,852.15 | | Unknown |

**51. Total of Part 8.**    $0.00

Add lines 47 through 50. Copy the total to line 87.

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>Various patents, trademarks, and other<br>intellectual property. | $97,642.63 | | Unknown |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 4

Debtor    **Grand Fusion Housewares, LLC**                                    Case number *(if known)*  **24-41694**
          Name

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                    | $0.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ■ No.  Go to Part 12.
       ☐ Yes Fill in the information below.

Debtor    **Grand Fusion Housewares, LLC**                    Case number *(If known)* **24-41694**
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $148,736.62 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $79,190.08 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $24,531.47 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $161,473.95 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $413,932.12 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $413,932.12 |

**Fill in this information to identify the case:**

Debtor name    **Grand Fusion Housewares, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **24-41694**

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |
| **2.1** | **Celtic Bank Corporation** | | |
| | Creditor's Name | | |
| | | Describe debtor's property that is subject to a lien | $98,170.44 | Unknown |
| | | **Substantially all assets of the Debtor** | | |

**2.1** | **Celtic Bank Corporation**
Creditor's Name

**268 S. State Street**
**Salt Lake City, UT 84111**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Substantially all assets of the Debtor**                    **$98,170.44**          **Unknown**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**January 2020**
**Last 4 digits of account number**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** | **First Citizens Community Bank**
Creditor's Name

**39 King Arthur Drive**
**Mill Hall, PA 17751**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Substantially all assets of the Debtor as more fully set forth in applicable security agreement**                    **$95,546.25**          **Unknown**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**9/30/2022**
**Last 4 digits of account number**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **Grand Fusion Housewares, LLC** | Case number (if known) | **24-41694** |
|---|---|---|---|
| | Name | | |

☐ **No**
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Midwest Regional Bank** | Describe debtor's property that is subject to a lien | $179,956.25 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Substantially all of the Debtor's assets** | | |

**363 Festus Centre Drive
Festus, MO 63028**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ **No**
☐ Yes

**Date debt was incurred**
**August 2018**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☐ **Yes. Fill out** *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
☐ **No**
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Propella Capital LLC** | Describe debtor's property that is subject to a lien | $299,479.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Certain accounts receivable** | | |

**1820 Avenue M, #432
Brooklyn, NY 11230**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ **No**
☐ Yes

**Date debt was incurred**
**12/5/2023**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☐ **Yes. Fill out** *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
☐ **No**
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Rapid Finance** | Describe debtor's property that is subject to a lien | $45,770.86 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Substantially all assets of the Debtor as more fully set forth in applicable security agreement** | | |

**20 West Jefferson, Floor 11
Detroit, MI 48226**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ **No**
☐ Yes

| Debtor | **Grand Fusion Housewares, LLC** | Case number (if known) | **24-41694** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**December 2022**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Silverline Services Inc.** | Describe debtor's property that is subject to a lien | $76,159.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**265 Sunrise Highway, Suite 236**
**Rockville Centre, NY 11570**

Creditor's mailing address

**Certain accounts receivable**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**April 2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.7 | **Smart Business** | Describe debtor's property that is subject to a lien | $97,632.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**561 NE 79th Street**
**Miami, FL 33138**

Creditor's mailing address

**Certain accounts receivable**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.8 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $325,000.00 | Unknown |
|---|---|---|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 5

| Debtor | **Grand Fusion Housewares, LLC** | Case number (if known) | **24-41694** |
|---|---|---|---|
| | Name | | |

| Creditor's Name | | | |
|---|---|---|---|
| **1545 Hawkins Blvd., Suite 202** | **Substantially all assets of the Debtor as more fully set forth in applicable security agreement** | | |
| **El Paso, TX 79925** | | | |
| Creditor's mailing address | Describe the lien | | |

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

Date debt was incurred

**April 2020**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Wells Fargo** | Describe debtor's property that is subject to a lien | **$91,940.99** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | | | |

| | **333 Market Street, 14th Floor** | **Substantially all assets of the Debtor as more fully set forth in applicable security agreement** | |
|---|---|---|---|
| | **San Francisco, CA 94105** | | |
| | Creditor's mailing address | Describe the lien | |

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

Date debt was incurred

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$1,309,654.79** |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Propella Capital LLC**<br>**c/o Tucker, Albin & Associates**<br>**1702 Collins Blvd., Suite 100**<br>**Richardson, TX 75080** | Line **2.4** | |

| Debtor | **Grand Fusion Housewares, LLC** | Case number (if known) | **24-41694** |
|---|---|---|---|
| | Name | | |

**Silverline Services Inc.**
**1334 Peninsula Blvd., Suite 160**
**Hewlett, NY 11557**

Line **2.6**

---

**Silverline Services, Inc.**
**c/o Zachter PLLC**
**Jeffrey Zachter**
**2 University Plaza, Suite 205**
**Hackensack, NJ 07601**

Line **2.6**

---

**Smart Business**
**c/o Triton Recovery LLC**
**3111 N. University Dr., Ste. 604**
**Coral Springs, FL 33065**

Line **2.7**

---

**Fill in this information to identify the case:**

Debtor name  **Grand Fusion Housewares, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)  **24-41694**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**California State Comptroller**<br>**300 Capitol Mall, Suite 1850**<br>**Sacramento, CA 95814**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **Unknown** | $0.00 |
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Special Procedures - Insolvency**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **Unknown** | $0.00 |

| Debtor | **Grand Fusion Housewares, LLC** | Case number (if known) | **24-41694** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | $0.00 |
|---|---|---|---|---|

**Texas Comptroller of Public Accounts**
**Bankruptcy & Collection Division**
**MC 008**
**P.O. Box 12548**
**Austin, TX 78711-2548**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $78.22 |
|---|---|---|---|

**3CG Refundsniper LLC**
**961 Broadway, Suite 118**
**Woodmere, NY 11598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $270.60 |
|---|---|---|---|

**3S Design & Innovation**
**Flat E, JJ Apartments, No. 7**
**Rangapillai Street**
**Pondicherry, 605001 India**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $1,277.65 |
|---|---|---|---|

**Acosta Inc.**
**PO Box 281996**
**Atlanta, GA 30384-1996**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $9,442.83 |
|---|---|---|---|

**All Star Houseware Ltd**
**Room 1505-1512, No 3**
**Greenland Technology Bldg, Lane 58**
**Xin Jian East Road Shanghai 201199 China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $21,246.00 |
|---|---|---|---|

**Alliance Funding Group**
**17542 17th Street #200**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  _Lease_

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Grand Fusion Housewares, LLC** | | Case number (if known) | **24-41694** |
|---|---|---|---|---|
| | Name | | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$71,827.47** |
|---|---|---|---|
| | **American Express**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **1002** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,911.77** |
|---|---|---|---|
| | **American Express**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9.41** |
|---|---|---|---|
| | **Barbara Schuman**<br>**57 Roundtop Road**<br>**Yonkers, NY 10710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,320.46** |
|---|---|---|---|
| | **Boxed LLC**<br>**Dept 2447**<br>**PO Box 122447**<br>**Dallas, TX 75312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,309.72** |
|---|---|---|---|
| | **Brendan Bauer**<br>**5636 Montreaux Drive**<br>**Frisco, TX 75034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$459,309.19** |
|---|---|---|---|
| | **Brendan Bauer**<br>**5636 Montreaux Drive**<br>**Frisco, TX 75034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Loans** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,660.78** |
|---|---|---|---|
| | **Capital One**<br>**P.O. Box 60599**<br>**City Of Industry, CA 91716-0599** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **6185** | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Grand Fusion Housewares, LLC** | Case number (if known) | **24-41694** |
|---|---|---|---|
| | Name | | |

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$551,044.79**

**Cixi Yufei Import & Export Company
Room 1903
Friendship Building, No. 558 Renhe Rd.
Cixi City 315300, Zhejiang Prov. China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$325.00**

**Commercial Service Department
901 Jupiter Road
Plano, TX 75074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$115.97**

**CouponBirds
2443 Fillmore Street 380-3240
San Francisco, CA 94115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,004.72**

**D&H Marketing Group Inc.
PO Box 1229
Burgaw, NC 28425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$886.52**

**Dana Knowles
310 Wilson Street
Martinsburg, WV 25401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$334.10**

**Dierbergs Markets
PO Box 66513
Saint Louis, MO 63166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$82.63**

**DSD Group Inc
17025 Kingsview Avenue
Carson, CA 90746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Grand Fusion Housewares, LLC** | Case number (if known) | **24-41694** |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$781.20**

**Elizabeth Go**
**11338 Knoll Chest Dr.**
**Fontana, CA 92337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$654.34**

**Elizabeth Perez**
**2081 Ashbourne Drive**
**Rockwall, TX 75087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,720.68**

**Flock Freight Inc.**
**Dept LA 24808**
**Pasadena, CA 91185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,498.87**

**Flying Cork Media LLC**
**320 Ft. Duquesne Blvd. Suite 200**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$326.69**

**G3 Consulting LLC**
**902A S. Walton Blvd., Ste. 1, Unit 235**
**Bentonville, AR 72712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,036.78**

**GBS Labeling**
**3658 Wyoga Lake Rd**
**Stow, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,578.37**

**Gentile-Lichter Associates**
**8901 Amherst Avenue**
**Margate City, NJ 08402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Grand Fusion Housewares, LLC** | Case number (if known) | **24-41694** |
|---|---|---|---|
| | Name | | |

---

**3.27**

**Nonpriority creditor's name and mailing address**

**Gourmet Catalog**
**3311 Oak Lawn Ave., Suite 350**
**Dallas, TX 75219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$41.23**

---

**3.28**

**Nonpriority creditor's name and mailing address**

**Hanover Insurance**
**440 Lincoln Street**
**Worcester, MA 01653**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,792.40**

---

**3.29**

**Nonpriority creditor's name and mailing address**

**Hilton Blieden**
**12 Partridge**
**Irvine, CA 92604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

**$1,284.70**

---

**3.30**

**Nonpriority creditor's name and mailing address**

**Hilton Blieden**
**12 Partridge**
**Irvine, CA 92604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ☐ No  ☐ Yes

**$4,707.13**

---

**3.31**

**Nonpriority creditor's name and mailing address**

**Idea Galleria Designs LLC**
**Talia Afoa**
**717 N. 5th Avenue Apt. B**
**Wilmington, NC 28401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$398.78**

---

**3.32**

**Nonpriority creditor's name and mailing address**

**Imagination Products Corp.**
**227 W. Cedar Street**
**Chillicothe, IL 61523**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$16,820.00**

---

**3.33**

**Nonpriority creditor's name and mailing address**

**Information Resources, Inc.**
**203 N. LaSalle Street**
**Chicago, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,550.00**

---

| Debtor | **Grand Fusion Housewares, LLC** | Case number (if known) | **24-41694** |
|---|---|---|---|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,856.92** |
|---|---|---|---|

**Integrated Logistics 2000 LLC**
**PO Box 8372**
**Virginia Beach, VA 23450**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,968.00** |
|---|---|---|---|

**IPFS Corporation of California**
**PO Box 412086**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$159.09** |
|---|---|---|---|

**J&A Designs LLC**
**Anne McMahon**
**2476 Mirror Lake Drive**
**Virginia Beach, VA 23453**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,285.00** |
|---|---|---|---|

**JD Logistics United States Company**
**13200 Loop Road**
**Fontana, CA 92337**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,150.00** |
|---|---|---|---|

**Jokari US, Inc.**
**585 Alpha Drive**
**Pittsburgh, PA 15238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$875.56** |
|---|---|---|---|

**Kathy Baker & Assoc Inc.**
**12021 E. 32nd Avenue**
**Spokane, WA 99206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,460.58** |
|---|---|---|---|

**Lee & Associates**
**14950 Quorum Drive, Suite 100**
**Dallas, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Grand Fusion Housewares, LLC** | Case number (if known) | **24-41694** |
|---|---|---|---|
| | Name | | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$474.90** |
|---|---|---|---|

**Martin & Associates**
**2101 Woodhaven Drive**
**Prosper, TX 75078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13.68** |
|---|---|---|---|

**MLR Innovations Inc.**
**13-11 145 Place**
**Whitestone, NY 11357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,725.52** |
|---|---|---|---|

**Modaliti LLC**
**1064 E. 2100S #19**
**Salt Lake City, UT 84106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,968.94** |
|---|---|---|---|

**Mueller Yurgae Associates**
**2155 E. 129th Street**
**Olathe, KS 66062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,008.98** |
|---|---|---|---|

**Parker & Bailey Corp**
**4 Walpole Park**
**Walpole, MA 02081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,260.46** |
|---|---|---|---|

**Peachy Clean**
**Devine Products LLC**
**PO Box 1068**
**Dalton, GA 30722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,886.33** |
|---|---|---|---|

**Priority-1 Inc**
**PO Box 840808**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Grand Fusion Housewares, LLC** | Case number (if known) | **24-41694** |
|---|---|---|---|

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$493.73** |
|---|---|---|---|

**Product Concepts & Solutions LLC**
**PO Box 1445**
**Euless, TX 76039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$244.45** |
|---|---|---|---|

**PSI Inc.**
**275 N. 1300 E #201**
**Lewiston, UT 84320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,525.46** |
|---|---|---|---|

**QVC**
**1200 Wilson Drive**
**West Chester, PA 19380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$429.45** |
|---|---|---|---|

**RCJ - Ron Johnson**
**5540 Nolan Avenue N.**
**Oak Park Heights, MN 55082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,118.80** |
|---|---|---|---|

**Republic Services**
**PO Box 78829**
**Phoenix, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,305.22** |
|---|---|---|---|

**RLR Marketing**
**830 Grove Avenue**
**Morris, IL 60450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$68.13** |
|---|---|---|---|

**Schaefer Associates, Inc.**
**2158 Indian Avenue S**
**Bellair Bluffs, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Grand Fusion Housewares, LLC** | Case number (if known) | **24-41694** |
|---|---|---|---|
| | Name | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39.36** |
|---|---|---|---|

**Sourcing Services International, Inc.**
**2313 Tremont Blvd.**
**McKinney, TX 75071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |
|---|---|---|---|

**SSI Products, LLC**
**598 N. Beach St. #104**
**Fort Worth, TX 76111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,635.50** |
|---|---|---|---|

**Stanza International LLC**
**13896 Magnolia Avenue**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$936.10** |
|---|---|---|---|

**Supermarket Representatives Inc.**
**4 Kuhl Avenue**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,158.65** |
|---|---|---|---|

**Synergy Sales Associates**
**601 N. Orlando Avenue**
**Suite 209**
**Maitland, FL 32751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$184.54** |
|---|---|---|---|

**Tansoo Inc.**
**102 NE 2nd Avenue #276**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|

**The Kennedy Law Group PLLC**
**19240 51st Avenue NE**
**Seattle, WA 98155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Grand Fusion Housewares, LLC** | Case number (if known) | **24-41694** |
|---|---|---|---|
| | Name | | |

---

**3.62**

**Nonpriority creditor's name and mailing address**

**The Pallet Company**
**3501 Eubanks**
**Wylie, TX 75098**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,100.00**

---

**3.63**

**Nonpriority creditor's name and mailing address**

**The Reese Group**
**2820 Bransford Avenue**
**Nashville, TN 37204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$8,247.33**

---

**3.64**

**Nonpriority creditor's name and mailing address**

**U-Moo Products, Inc.**
**17868 Cassidy Place**
**Chino Hills, CA 91709**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$7,560.10**

---

**3.65**

**Nonpriority creditor's name and mailing address**

**Umbra**
**1705 Broadway**
**Buffalo, NY 14212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$45,000.00**

---

**3.66**

**Nonpriority creditor's name and mailing address**

**US Bank**
**800 Nicollet Mall**
**Minneapolis, MN 55402**

Date(s) debt was incurred _

Last 4 digits of account number **7554**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$12,848.73**

---

**3.67**

**Nonpriority creditor's name and mailing address**

**US Bank**
**800 Nicollet Mall**
**Minneapolis, MN 55402**

Date(s) debt was incurred _

Last 4 digits of account number **2355**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$35,803.02**

---

**3.68**

**Nonpriority creditor's name and mailing address**

**US Bank**
**800 Nicollet Mall**
**Minneapolis, MN 55402**

Date(s) debt was incurred _

Last 4 digits of account number **9988**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$9,409.55**

---

| Debtor | **Grand Fusion Housewares, LLC** | Case number (if known) | **24-41694** |
|---|---|---|---|
| | Name | | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,466.13** |
|---|---|---|---|
| | **Worldwide Express** | ☐ Contingent | |
| | **2700 Commerce Street, Suite 1500** | ☐ Unliquidated | |
| | **Dallas, TX 75226** | ☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,225.36** |
|---|---|---|---|
| | **Wuxi Rayshine Industrial & Trading Co** | ☐ Contingent | |
| | **4-5th Floor, Chiway Center No. 2166-1** | ☐ Unliquidated | |
| | **Taihu Avenue Wuxi** | ☐ Disputed | |
| | **Jiangsui 214072 China** | | |
| | Date(s) debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$180,103.92** |
|---|---|---|---|
| | **Xiaofei (Della) Ou** | ☐ Contingent | |
| | **17868 Cassidy Place** | ☐ Unliquidated | |
| | **Chino Hills, CA 91709** | ☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __Loans__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,323.55** |
|---|---|---|---|
| | **Xivestory Korea** | ☐ Contingent | |
| | **Bundang Technopark A-complex B210** | ☐ Unliquidated | |
| | **Pangyo-Ro 697** | ☐ Disputed | |
| | **Bundang-Gu Seongnam-si Korea** | | |
| | Date(s) debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Boxed LLC**<br>**PO Box 356**<br>**Massapequa, NY 11758** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Dierberts Markets, Inc.**<br>**16690 Swingley Ridge Road**<br>**Chesterfield, MO 63017** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Lee & Associates**<br>**c/o Jay Evans**<br>**Muncsh Hardt Kopf Harr**<br>**500 N. Akard St., Suite 4000**<br>**Dallas, TX 75201** | Line **3.40**<br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ |

Debtor    **Grand Fusion Housewares, LLC**                                    Case number (if known)   **24-41694**
          Name

**5b. Total claims from Part 2**                           5b.   +  $                          **0.00**
                                                                                    **1,839,069.04**

**5c. Total of Parts 1 and 2**                             5c.      $                  **1,839,069.04**
    Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name     **Grand Fusion Housewares, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **24-41694**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest    **Sublease of premises located 1215 W. Crosby Road, Bldg. 100, Ste. 100, Carrollton, Texas**<br><br>State the term remaining    **July 31, 2027**<br><br>List the contract number of any government contract | **Accelevation LLC 235 S Pioneer Blvd Springboro, OH 45066** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest    **Lease/financing agreement for forklift**<br><br>State the term remaining    **June 8, 2026**<br><br>List the contract number of any government contract | **Alliance Funding Group 17542 17th Street #200 Tustin, CA 92780** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest    **Cyber insurance**<br><br>State the term remaining    **September 22, 2024**<br><br>List the contract number of any government contract | **Coalition Insurance Solutions 100 Bank Street, Suite 630 Burlington, VT 05401** |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest    **Industrial lease of warehouse space located at 1215 W. Crosby Road, Bldg. 100, Ste. 100, Carrollton, Texas**<br><br>State the term remaining    **July 31, 2027**<br><br>List the contract number of any government contract | **MLRP 1215 Crosby LLC c/o ML Realty Partners, LLC One Pierce Place, Suite 450-W Itasca, IL 60143** |

Debtor 1   **Grand Fusion Housewares, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **24-41694**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Property, General Liability, Commercial Auto, and Umbrella insurance policies Policy numbers ZD3D69312007 and UH3D69312105** | |
|---|---|---|---|
| | State the term remaining | **September 22, 2024** | **The Hanover Insurance Group Inc. 440 Lincoln Street Worcester, MA 01653** |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
|---|

| Debtor name | **Grand Fusion Housewares, LLC** |
|---|---|
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **24-41694** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Blieden Living Trust** | **[Address on file]** | **Celtic Bank Corporation** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Brendan Bauer** | **[Address on file]** | **Alliance Funding Group** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.3 | **Brendan Bauer** | **[Address on file]** | **American Express** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.4 | **Brendan Bauer** | **[Address on file]** | **Celtic Bank Corporation** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Brendan Bauer** | **[Address on file]** | **First Citizens Community Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Grand Fusion Housewares, LLC** | Case number *(if known)* | **24-41694** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6　Brendan Bauer | [Address on file] | **Midwest Regional Bank** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.7　Brendan Bauer | [Address on file] | **Propella Capital LLC** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.8　Brendan Bauer | [Address on file] | **Rapid Finance** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.9　Brendan Bauer | [Address on file] | **Silverline Services Inc.** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.10　Brendan Bauer | [Address on file] | **Smart Business** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.11　Brendan Bauer | [Address on file] | **U.S. Small Business Administration** | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.12　Brendan Bauer | [Address on file] | **Wells Fargo** | ■ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.13　Debra Bauer | [Address on file] | **Midwest Regional Bank** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Grand Fusion Housewares, LLC** | Case number *(if known)* | **24-41694** |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 **Elayne Blieden** | [Address on file] | **Midwest Regional Bank** | ▮ D __**2.3**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.15 **Elayne Blieden** | [Address on file] | **Celtic Bank Corporation** | ▮ D __**2.1**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.16 **Hilton Blieden** | [Address on file] | **Alliance Funding Group** | ☐ D _____ <br> ▮ E/F __**3.5**__ <br> ☐ G _____ |
| 2.17 **Hilton Blieden** | [Address on file] | **American Express** | ☐ D _____ <br> ▮ E/F __**3.6**__ <br> ☐ G _____ |
| 2.18 **Hilton Blieden** | [Address on file] | **Capital One** | ☐ D _____ <br> ▮ E/F __**3.12**__ <br> ☐ G _____ |
| 2.19 **Hilton Blieden** | [Address on file] | **Celtic Bank Corporation** | ▮ D __**2.1**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.20 **Hilton Blieden** | [Address on file] | **First Citizens Community Bank** | ▮ D __**2.2**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.21 **Hilton Blieden** | [Address on file] | **Midwest Regional Bank** | ▮ D __**2.3**__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Grand Fusion Housewares, LLC** | Case number *(if known)* | **24-41694** |
|---|---|---|---|

| ████ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 **Hilton Blieden** | [Address on file] | **Propella Capital LLC** | ■ D    **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.23 **Hilton Blieden** | [Address on file] | **Rapid Finance** | ■ D    **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.24 **Hilton Blieden** | [Address on file] | **Silverline Services Inc.** | ■ D    **2.6**<br>☐ E/F _____<br>☐ G _____ |
| 2.25 **Hilton Blieden** | [Address on file] | **Smart Business** | ■ D    **2.7**<br>☐ E/F _____<br>☐ G _____ |
| 2.26 **Hilton Blieden** | [Address on file] | **U.S. Small Business Administration** | ■ D    **2.8**<br>☐ E/F _____<br>☐ G _____ |
| 2.27 **Hilton Blieden** | [Address on file] | **US Bank** | ☐ D _____<br>■ E/F    **3.66**<br>☐ G _____ |
| 2.28 **Hilton Blieden** | [Address on file] | **Wells Fargo** | ■ D    **2.9**<br>☐ E/F _____<br>☐ G _____ |
| 2.29 **Xiaofei Ou** | [Address on file] | **Midwest Regional Bank** | ■ D    **2.3**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Grand Fusion Housewares, LLC** | Case number *(if known)* | **24-41694** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| 2.30 | **Xiaofei Ou**    [Address on file] | **US Bank** | ☐ D _____<br>■ E/F ___3.66___<br>☐ G _____ |
| 2.31 | **Xiaofei Ou**    [Need address] | **Wells Fargo** | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.32 | **Xudong Niu**    [Address on file] | **Midwest Regional Bank** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Grand Fusion Housewares, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **24-41694**

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 13, 2024**          x  **/s/ Hilton Blieden**
                                            Signature of individual signing on behalf of debtor

                                            **Hilton Blieden**
                                            Printed name

                                            **Authorized Representative**
                                            Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**